Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
William P. Nelson (Bar No. 196091)
william.nelson@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone: (650) 802-6000
Facsimile: (650) 802-6001

*Counsel for Plaintiff*
*Milestone Entertainment, LLC*

Betty Chen (CA SBN 290588)
bchen@desmaraisllp.com
Kyle Curry (CA SBN 341242)
kcurry@desmaraisllp.com
DESMARAIS LLP
101 California Street, Suite 3000
San Francisco, CA  94111
Tel: (415) 573-1900
Fax: (415) 573-1901

*Counsel for Defendant*
*Activision Blizzard, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MILESTONE ENTERTAINMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC.,<br><br>Defendant. | Case No. 2:24-cv-04056-AB (SSCx)<br><br>**THIRD AMENDED JOINT STIPULATION REGARDING PATENT SCHEDULE**<br><br>Crtrm:   7B<br>Judge:   Hon. André Birotte, Jr. |

Pursuant to the Court's Scheduling Conference held on February 28, 2025 and the Minute Order (D.I. 44) regarding same, the parties hereby jointly submit a proposal for a revised case schedule.[1] The parties have agreed that, in the interest of efficiency, the case should be stayed for four weeks or until a decision is made on Defendant's Motion to Dismiss (D.I. 17), whichever is sooner. The parties agree that the parties will meet and confer and propose a schedule within 10 business days of expiration of the stay. It is hereby stipulated and agreed by and between the parties that:

1. The case is stayed for four weeks (until April 11, 2025), or a decision is made on Defendant's Motion to Dismiss (D.I. 17), whichever is sooner.

2. Parties agree to meet and confer and propose a schedule within 10 business days of expiration of the stay.

3. The instant Third Amended Joint Stipulation Regarding Patent Schedule supersedes the parties' previously-filed Second Joint Amended Stipulation Regarding Patent Schedule (D.I. 41).

Dated: March 14, 2025

| TENSEGRITY LAW GROUP, LLP | DESMARAIS LLP |
|---|---|
| By: */s/ William P. Nelson* | By: */s/ Betty Chen* |
| Matthew D. Powers (CA SBN 104795)<br>William P. Nelson (CA SBN 196091)<br>555 Twin Dolphin Drive, Suite 650<br>Redwood Shores, CA  94065<br>Tel: (650) 802-6000<br>Fax: (650) 802-6001<br>matthew.powers@tensegritylawgroup.com<br>william.nelson@tensegritylawgroup.com | Betty Chen (CA SBN 290588)<br>Kyle Curry (CA SBN 341242)<br>101 California Street, Suite 3000<br>San Francisco, CA  94111<br>Tel: (415) 573-1900<br>Fax: (415) 573-1901<br>bchen@desmaraisllp.com<br>kcurry@desmaraisllp.com |
| *Counsel for Plaintiff*<br>*Milestone Entertainment, LLC* | *Counsel for Defendant*<br>*Activision Blizzard, Inc.* |

---

[1] The parties previously filed a Rule 26(f) report (D.I. 23), a Joint Stipulation for Entry of a Patent Schedule (D.I. 24), a Joint Stipulation Regarding Patent Schedule (D.I. 27), a Joint Amended Joint Stipulation Regarding Patent Schedule (D.I. 28), and a Second Amended Joint Stipulation Regarding Patent Schedule (D.I. 41).

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all persons whose signatures are listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: March 14, 2025                   Respectfully submitted,

                                        By:   */s/ Betty Chen*
                                              Betty Chen

                                        DESMARAIS LLP

                                        *Counsel for Activision Blizzard, Inc.*