1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MILESTONE ENTERTAINMENT, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACTIVISION BLIZZARD, INC.,<br><br>　　　　　Defendant. | Case No. 2:24-cv-04056-AB (SSCx)<br><br>**[PROPOSED] ORDER GRANTING THIRD AMENDED JOINT STIPULATION REGARDING PATENT SCHEDULE**<br><br>Crtrm:　7B<br>Judge:　Hon. André Birotte, Jr. |

In view of the Court's Order Granting Second Amended Joint Stipulation Regarding Patent Schedule (D.I. 42), and considering the parties' Third Amended Joint Stipulation Regarding Patent Schedule, **IT IS HEREBY ORDERED THAT**:

1. The parties' Third Amended Joint Stipulation Regarding Patent Schedule is **GRANTED**; and

2. The case is stayed for four weeks, or a decision is made on Defendant's Motion to Dismiss (D.I. 17), whichever is sooner.

3. Parties agree to meet and confer and propose a schedule within 10 business days of expiration of the stay.

**IT IS SO ORDERED**.

Dated: _____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE